UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

                    Plaintiff,

        v.

THE FEDERAL RESERVE BOARD,

                    Defendant.

Case No. C21-1219-RJB

ORDER DISMISSING ACTION

        The Court, having reviewed Plaintiff's Motion for a Quit Tam Action, the Report and

Recommendation of Michelle L. Peterson, United States Magistrate Judge, and the remaining

record, hereby finds and ORDERS:

        (1)     The Report and Recommendation (Dkt. 2) is approved and adopted.

        (2)     Plaintiff's Motion for a Qui Tam Action (Dkt. 1), and this action, are

DISMISSED without prejudice.

        (3)     The Clerk shall send copies of this Order to Plaintiff and to Judge Peterson.

        DATED this 13th day of October, 2021.

_____

ROBERT J. BRYAN
United States District Judge

ORDER DISMISSING ACTION - 1